UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL R. WHIPPLE,  CIVIL NO. 17-5137 (PJS/DTS)

      Plaintiff,

v.  ORDER

EMILY JOHNSON PIPER,
*Commissioner of Minnesota Department
of Human Services; and*
NANCY JOHNSTON,
*CEO Minnesota Sex Offender Program*,

      Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated December 7, 2017. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. This matter is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

2. The application to proceed *in forma pauperis* of plaintiff Michael R. Whipple is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 12/29/17

                                               s/Patrick J. Schiltz
                                               PATRICK J. SCHULTZ
                                               United States District Court Judge